UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORCELLA JONES,<br>        Plaintiff,<br>    v.<br>INTERNAL REVENUE SERVICE, et al.,<br>        Defendants. | Case No. 18-cv-01583-EMC<br><br>**ORDER RE SECOND AMENDED COMPLAINT**<br><br>Docket No. 16 |

Plaintiff Dorcella Jones initiated this lawsuit against various employees of the Internal Revenue Service ("IRS") in March 2018. In April 2018, Magistrate Judge Spero granted Ms. Jones's in forma pauperis application, *see* Docket No. 7 (order), but recommended that her complaint be dismissed. *See* Docket No. 8 (report and recommendation). In his report, Judge Spero noted, *inter alia*, that "[i]t is not entirely clear whether [Ms.] Jones seeks a tax refund or merely a conference with the IRS"; he also questioned why "[Ms.] Jones believes her case is properly filed in this Court rather than in the Southern District of California where [she] appears to live." Docket No. 8 (R&R at 3).

In May 2018, this Court adopted Judge Spero's report and recommendation and thus dismissed her complaint but gave her leave to amend.[1] *See* Docket No. 14 (order). Ms. Jones has now filed her amended complaint. Based on the Court's review of the complaint pursuant to 28 U.S.C. § 1915, it hereby rules as follows.

1. Ms. Jones's complaint remains confusing and difficult to understand. However, it appears that she is bringing, at the very least, a claim for a tax refund. *See, e.g.*, Docket No. 16, at

---

[1] The Court acknowledged that, after Judge Spero's report issued, Ms. Jones filed a first amended complaint but found that it suffered from many of the same deficiencies identified by Judge Spero.

5 (SAC) ("asking for a "[r]efund [of] any money owed me"); Docket No. 16, at 6 (SAC) (stating in ¶ 1 that, "[i]f you examine taxes, I'm still owed a small refund" for 2000); Docket No. 16, at 6 (SAC) (stating in ¶ 2 that "[r]elief I seek is to have refund for 1998 payed [sic]"); Docket No. 16, at 7 (SAC) (stating in ¶ 3 that "[r]elief I seek is to have 2006 self employment corrected, refund payed [sic], earning reported to Social Security correctly with self employment").

2. Under 28 U.S.C. § 1346, district courts have jurisdiction over "[a]ny civil action against the United States for the recovery of any internal-revenue tax alleged to have been erroneously or illegally assessed or collected, or any penalty claimed to have been collected without authority or any sum alleged to have been excessive or in any manner wrongfully collected under the internal-revenue laws." 28 U.S.C. § 1346(a)(1). The Court acknowledges that Ms. Jones has not sued the United States but rather has named individual IRS employees as defendants. However, under 26 U.S.C. § 7422, such a claim "may be maintained only against the United States and not against any officer or employee of the United States." 26 U.S.C. § 7422(f)(1); *see also id.* § 7422(f)(2) (providing that a "court shall order, upon such terms as are just, that the pleadings be amended to substitute the United States as a party for such officer or employee").

3. In the case of a civil action brought by an individual under § 1346(a), venue is properly only "in the judicial district where the plaintiff resides." 28 U.S.C. § 1402(a)(1). Here, there is no indication that Ms. Jones lives in the Northern District of California. Rather, her filings − both with this Court and the IRS − indicate that her residence is in Salton City, California, which is located in the Southern District of California.

4. The Court therefore **TRANSFERS** Ms. Jones's case to the Southern District of California. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

///

///

///

5. Out of an abundance of caution, the Court orders the Clerk of the Court to **SEAL** all of Ms. Jones's second amended complaint, except for the pages 1-8.

**IT IS SO ORDERED**.

Dated: June 25, 2018

_____
EDWARD M. CHEN
United States District Judge